FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 18 2011

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02745-BNB

ERNESTO ARELLANES SANTIAGO,

  Plaintiff,

v.

MR. BROWN, H.S.A. at Lewisburg USP,
JOCELYN CELESTIN, P.R.C. at USP Coleman,
FASCIANA, P.R.C. Primary Care Provider at USP Lewisburg, involved in Plaintiff [sic] case after his stabbing, sued in their individual capacity,

  Defendants.

## ORDER DRAWING CASE

Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED March 18, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02745-BNB

Ernesto Arellanes-Santiago
Reg. No. 05330-298
USP Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on March 18, 2011.

GREGORY C. LANGHAM, CLERK

By:_____
Deputy Clerk