IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02745-WYD-BNB

ERNESTO ARELLANES SANTIAGO,

     Plaintiff,

v.

MR. BROWN, H.S.A. at Lewisburg USP,
JOCELYN CELESTIN, P.R.C. at USP Coleman,
FASCIANA, P.R.C. Primary Care Provider at USP Lewisburg, involved in Plaintiff [sic] case after his stabbing, sued in their individual capacity,

     Defendants.

---

### ORDER RE: DEFENDANTS' UNOPPOSED MOTION FOR A CHANGE OF VENUE AND FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

---

     THIS MATTER is before the Court on Defendants' Unopposed Motion for Change of Venue and for Extension of Time to Respond to Complaint, filed June 2, 2011.  After a review of the file and the motion, it is hereby

     ORDERED that Defendants' Unopposed Motion for Change of Venue and for Extension of Time to Respond to Complaint [ECF No. 42], filed June 2, 2011, is **GRANTED.**  It is

     FURTHER ORDERED that this case is transferred to the Middle District of Pennsylvania and that Defendants Brown and Fasciana, P.R.C. shall have 45 days to respond to the Plaintiff's Complaint.

     Dated: June 15, 2011        BY THE COURT:

                                               s/ Wiley Y. Daniel
                                               Wiley Y. Daniel
                                               Chief United States District Judge